THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TANEQUA L. DOBY | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-cv-01422-SDJ-BD |
| | § | |
| ICONMA, LLC | § | |

**MEMORANDUM ADOPTING THE REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 6, 2026, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #6), that Plaintiff Tanequa Doby's complaint, (Dkt. #1), be dismissed without prejudice.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Tanequa Doby's claims against ICONMA, LLC, are **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 22nd day of April, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE